UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH & WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALL POINTS ELECTRIC LLC,<br><br>Defendant. | CASE NO. C07-0452JLR<br><br>ORDER DIRECTING SUBMISSION OF PROPOSED NEW JUDGMENT |

On December 8, 2017, the court granted Plaintiffs' motion for an extension of the judgment. (12/08/17 Order (Dkt. #21).) The order directs the Clerk "to enter a new judgment into the [c]ourt's docket that conforms to the 'Updated Judgment Summary' set forth on page 3 of [Plaintiff's] . . . application." (*Id.* at 2.) The court hereby ORDERS

//

//

//

ORDER - 1

Plaintiffs to submit a proposed form of judgment as described in the Order no later than Friday, December 22, 2017.

Dated this 18th day of December, 2017.

JAMES L. ROBART
United States District Judge